**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2194**

JASNA KUHAR,

            Plaintiff - Appellant,

      v.

DEVICOR MEDICAL PRODUCTS, INC.; JOSEPH BAIA,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:15-cv-01533-LMB-MSN)

Submitted:  July 31, 2017                         Decided:  August 9, 2017

Before NIEMEYER, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

R. Scott Oswald, Kellee B. Kruse, EMPLOYMENT LAW GROUP, PC, Washington, D.C.; Richard T. Seymour, LAW OFFICES OF RICHARD T. SEYMOUR, PLLC, Washington, D.C., for Appellant.  Christine M. Costantino, Karla Grossenbacher, SEYFARTH SHAW, LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jasna Kuhar appeals the district court's order granting summary judgment to Defendants on her age discrimination, sex discrimination, and defamation claims. We have reviewed the parties' briefs and the record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court in open court and in its supplemental memorandum opinion. *Kuhar v. Devicor Med. Prods., Inc.*, No. 1:15-cv-01533-LMB-MSN (E.D. Va. Sept. 23, 2016 & Oct. 24, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*